# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 142 MAL 2015
:
               Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
:
SHAWN A. ROSS, :
:
               Petitioner :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 27th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.